IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRANDON HOWARD, #229852, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:19-CV-639-RAH |
| | ) |
| COMMISSIONER JEFF DUNN, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On May 4, 2020, the Magistrate Judge entered a Recommendation (Doc. 29) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED;

2. This case is DISMISSED without prejudice for the plaintiff's failure to comply with an order of this court;

3. Other than the filing fee assessed to the plaintiff in this case, no costs are taxed.

A separate Final Judgment will be entered.

DONE, this 29th day of May, 2020.

                                            /s/ R. Austin Huffaker, Jr.
                                            R. AUSTIN HUFFAKER, JR.
                                            UNITED STATES DISTRICT JUDGE